AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Bryan Wayne Ivey<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21–mj–00273
Assigned To : Meriweather, Robin M.
Assign. Date : 3/3/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Bryan Wayne Ivey _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment  ❒ Superseding Indictment  ❒ Information  ❒ Superseding Information  ☒ Complaint
❒ Probation Violation Petition  ❒ Supervised Release Violation Petition  ❒ Violation Notice  ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     03/03/2021

2021.03.03
12:52:50 -05'00'
*Issuing officer's signature*

Robin M. Meriweather, U.S. Magistrate Judge

City and state:     Washington, D.C.

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/3/21 , and the person was arrested on *(date)* 3/4/21<br>at *(city and state)* Cookeville, TN .<br><br>Date: 3/4/21                    _____<br>*Arresting officer's signature*<br><br>Angelo Defeo, Special Agent<br>*Printed name and title* |